B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Mrs. John L. Strong & Co., LLC**　　　　　　　　　　　Case No. **09-14820**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| David Gould Testamentary<br>521 Fifth Avenue<br>24th Floor<br>New York, NY 10175 | David Gould Testamentary<br>521 Fifth Avenue<br>24th Floor<br>New York, NY 10175 | Rent arrears to Landlord for 699 Madison Avenue, New York, NY | Disputed | 105,797.78 |
| Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 | Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 | line of credit | | 72,780.31 |
| Chase<br>P.O Box 260161<br>Baton Rouge, LA 70826-0161 | Chase<br>P.O Box 260161<br>Baton Rouge, LA 70826-0161 | Nannette Brown Ltd. line of credit used by business | | 65,235.37 |
| Pomco LLC<br>4411-27 Whitaker Avenue<br>Philadelphia, PA 19120-4698 | Pomco LLC<br>4411-27 Whitaker Avenue<br>Philadelphia, PA 19120-4698 | | | 54,882.09 |
| IUG Business Solutions<br>132 Nassau Street<br>New York, NY 10038 | IUG Business Solutions<br>132 Nassau Street<br>New York, NY 10038 | IT services | Disputed | 36,848.78 |
| Orrick Herrington & Sutcl<br>4253 Collections Center D<br>Chicago, IL 60693 | Orrick Herrington & Sutcl<br>4253 Collections Center D<br>Chicago, IL 60693 | Legal fees | | 32,472.85 |
| Capital City Engraving Co<br>330-B N. Stonestreet Ave.<br>Rockville, MD 20850 | Capital City Engraving Co<br>330-B N. Stonestreet Ave.<br>Rockville, MD 20850 | | | 26,039.50 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | 25,285.25 |
| American Express<br>P.O. Box 2855<br>New York, NY 10116-2855 | American Express<br>P.O. Box 2855<br>New York, NY 10116-2855 | Corporate credit cards | | 22,872.67 |
| SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753 | SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753 | Legal services | | 20,000.00 |
| Harriet Weintraub & Partn<br>140 West 57th Street<br>New York, NY 10019 | Harriet Weintraub & Partn<br>140 West 57th Street<br>New York, NY 10019 | | | 15,408.95 |

In re **Mrs. John L. Strong & Co., LLC**     Case No. **09-14820**
                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Seneca Design Co., Inc.<br>156 Fifth Avenue<br>Suite 1107<br>New York, NY 10010 | Seneca Design Co., Inc.<br>156 Fifth Avenue<br>Suite 1107<br>New York, NY 10010 | | | 15,271.00 |
| Eisikovic & Kane, LLP<br>1430 Broadway, Suite 1105<br>New York, NY 10018 | Eisikovic & Kane, LLP<br>1430 Broadway, Suite 1105<br>New York, NY 10018 | Accountants' fees | | 12,593.05 |
| D & J Book Packaging and<br>611 Broadway<br>Suite 515<br>New York, NY 10012 | D & J Book Packaging and<br>611 Broadway<br>Suite 515<br>New York, NY 10012 | | | 10,822.00 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | 10,427.22 |
| NYS Insurance Fund W/C<br>PO Box 4788<br>Syracuse, NY 13221-4788 | NYS Insurance Fund W/C<br>PO Box 4788<br>Syracuse, NY 13221-4788 | | Disputed | 8,925.51 |
| M5 Managed Telecom Servic<br>75 Renittance Drive<br>Suite 6669<br>Chicago, IL 60675-6669 | M5 Managed Telecom Servic<br>75 Renittance Drive<br>Suite 6669<br>Chicago, IL 60675-6669 | | | 8,672.00 |
| New York State Sales Tax<br>PO Box 15168<br>Albany, NY 12212-5168 | New York State Sales Tax<br>PO Box 15168<br>Albany, NY 12212-5168 | | | 7,729.74 |
| Lindenmeyr Munroe<br>PO Box 32200<br>Hartford, CT 06150-2200 | Lindenmeyr Munroe<br>PO Box 32200<br>Hartford, CT 06150-2200 | | | 7,651.25 |
| Valera Global<br>53-02 11th Street<br>Long Island City, NY 11101 | Valera Global<br>53-02 11th Street<br>Long Island City, NY 11101 | | | 7,112.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 7, 2009**     Signature **/s/ Bob Daughton**
                                                          **Bob Daughton**
                                                           **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.