# Exhibit A

# APA

*A copy is available upon request to by contacting: SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, (516) 479-6300 Attention: Robert D. Nosek, Esq.*